**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Visa EL, Defendant—Appellant.**

**No. 07–30177.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2008.*

Filed Jan. 24, 2008.

Helen J. Brunner, Esq., Susan M. Roe, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Jeff Ellis, Esq., Ellis Holmes & Witchley, PLLC, Seattle, WA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). El's motion to waive oral argument is granted.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Visa El appeals from the 6-month sentence imposed following his guilty-plea conviction for misprision of a felony in violation of 18 U.S.C. § 4. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

El contends that the district court's discussion of the 18 U.S.C. § 3553(a) factors was inadequate. We disagree. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597, 169 L.Ed.2d 445 (2007); *Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2469, 168 L.Ed.2d 203 (2007); *United States v. Perez–Perez,* 512 F.3d 514, 514–17 (9th Cir.2008).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.